IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01384-RM-BNB

JEREMY PINSON,

Plaintiff,

v.

KASDON, FNU,

Defendant.

_____

# ORDER
_____

This matter arises on **Defendant's Motion to Correct Case Caption** [Doc. #36, filed 10/18/2013] (the "Motion"), which seeks an order correcting the spelling of the defendant's last name from Casden to Kasdon.

IT IS ORDERED:

(1) The Motion [Doc. # 36] is GRANTED; and

(2) The case caption is amended to correct the spelling of the defendant's last name from Casden to Kasdon, as reflected above.

Dated October 18, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge