IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-01384-RM-BNB | Date: | January 14, 2014 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| JEREMY PINSON **Plaintiff(s)** | *Pro Se via video conference* |
| v. | |
| KASDON **Defendant(s)** | *Mary E. Cook* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 9:21 a.m.

Appearance of counsel and *pro se* Plaintiff via video conference.

9:25 a.m.   Plaintiff sworn. Testimony given with questions from the bench.
**Exhibits 2, 7, 8, 10, 12 are ADMITTED.**

Plaintiff's witness, Debra Payne, called and sworn.

10:08 a.m.   Direct examination of Ms. Payne by Mr. Pinson.

**10:26 a.m.   Court in recess.**
**10:45 a.m.   Court in session.**

10:47 a.m.   Cross examination of Ms. Payne by Ms. Cook.
**Exhibits B and C are ADMITTED.**

11:03 a.m.   Redirect examination of Ms. Payne by Mr. Pinson.

Plaintiff's witness, Officer Chad Manes, called and sworn.

11:04 a.m.        Direct examination of Officer Manes by Mr. Pinson.

11:09 a.m.        Cross examination of Officer Manes by Ms. Cook.

Plaintiff's witness, Dr. Bethany Kasdon, called and sworn.

11:11 a.m.        Direct examination of Dr. Kasdon by Mr. Pinson.

11:28 a.m.        Cross examination of Dr. Kasdon by Ms. Cook.

11:59 a.m.        Redirect examination of Dr. Kasdon by Mr. Pinson.

Defendant's witness, Officer Robert Shockey, called and sworn.

12:15 p.m.        Direct examination of Officer Shockey by Ms. Cook.

12:17 p.m.        Cross examination of Officer Shockey by Mr. Pinson.

**ORDERED:  [34] Verified Emergency Motion for Temporary Restraining Order/Preliminary Injunction and or Protective Order is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  12:19 p.m.        Hearing concluded.        Total time in Court:   02:39

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119