**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01384-RM-BNB

JEREMY PINSON,

    Plaintiff,

v.

KASDON,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered May 1, 2014 by U.S. District Judge Raymond P. Moore, it is hereby ORDERED that:

1. Filing restrictions are hereby imposed on Plaintiff consistent with the Court's Order;

2. Defendant's Motion for Summary Judgment Based on Exhaustion (Docket No. 101) is hereby GRANTED and Plaintiff's claims in this case are DISMISSED WITH PREJUDICE;

3. Plaintiff's Consolidated Motion to Dismiss (Docket No. 114) is hereby DENIED AS MOOT; and

4. All other pending motions between the named parties are hereby DENIED AS MOOT.

IT IS FURTHER ORDERED that each party shall bear their own costs.

Dated at Denver, Colorado this 19th day of June, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler, Deputy Clerk